# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Kelly Pinn
Plaintiff

v.

BETTER TAX RELIEF LLC
Defendant

4:24-cv-488
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Kelly Pinn, individually and on behalf of all others similarly situated,

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Kelly Pinn, Class Members, Perrong Law LLC, Paronich Law, P.C., Sharon K. Campbell, Attorney at Law

Date:      5/27/2024

Signature:      /s/ Andrew Roman Perrong

Print Name:      Andrew Roman Perrong

Bar Number:      333687PA

Address:      2657 Mount Carmel Avenue

City, State, Zip:      Glenside, PA 19038

Telephone:      215-225-5529

Fax:      888-329-0305

E-Mail:      a@perronglaw.com

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.