IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KELLY PINN | § § § | |
| VS. | § § § | CIVIL ACTION NO.<br>4:24-CV-00488-P |
| BETTER TAX RELIEF, LLC | § § | |

**NOTICE OF APPEARANCE AS LOCAL COUNSEL**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

  Please take notice that the Law Office of Sharon K Campbell, by Sharon Campbell, hereby enters appearance in these proceedings as counsel of record for Plaintiff Kelly Pinn, and requests that all papers, pleadings, notices, orders and other related documents be served upon the undersigned along with other counsel of record.

                Respectfully submitted,

                 */s/ Sharon K Campbell*
                Sharon K. Campbell
                State Bar # 03717600
                3500 Oak Lawn Ave., Suite 110
                Dallas, Texas 75219
                Telephone: 214/351-3260
                Fax: 214/443-6055
                Sharon@SharonKCampbell.com

CERTIFICATE OF SERVICE

   In keeping with Rule 21a of the Texas Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been served upon all parties of record

\_\_\_  CERTIFIED MAIL/RETURN RECEIPT REQUESTED

\_\_\_  TELEPHONIC DOCUMENT TRANSFER (FAX)

\_\_\_  FEDERAL EXPRESS

\_\_\_  COURIER/RECEIPTED DELIVERY

\_\_\_  REGISTERED MAIL/RETURN RECEIPT REQUESTED

\_\_\_  HAND-DELIVERY (IN PERSON)

\_\_\_  REGULAR MAIL

_X_  ELECTRONIC MAIL

DATED:   May 29, 2024

                                                /s/ Sharon K. Campbell