IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Kelly Pinn,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Better Tax Relief, LLC<br><br>　　　　　　Defendant. | Case No. 4:24-cv-00488-P |

**STIPULATION TO STAY SUIT**

**　I.　　Stipulation**

The parties have conferred in this matter and make the following stipulation regarding the matters stated herein ("Stipulation"):

The Parties hereby agree to stay this matter pending the outcome of settlement discussions and/or the results of a pending consolidation of cases in the Western District of Texas as referenced in Docket Entry 7. The case will be stayed until reinstated by agreement of the parties and an agreed stipulation or motion to reinstate the case, or further order of the Court. Should the matter be reinstated by agreement or further order of the Court, the Defendant shall have the right to answer or otherwise respond to the Petition of the Plaintiff 20 days after the case is reinstated on the docket of the court.

DATED: August 6, 2024

ATTORNEY FOR DEFENDANT

Silberman Law Firm, PLLC

By: /s/ Jesse Buttery
Jesse Buttery
Texas Bar No. 24025275
Email: jbuttery@silblawfirm.com
5050 Quorum Dr. Ste. 700
Dallas, TX 75254
Tel. (214) 307-2840
Fax. (469) 283-1787
ATTORNEY FOR DEFENDANT BETTER TAX RELIEF, LLC

ATTORNEYS FOR PLAINTIFF

Perrong Law LLC

/s/ Andrew Perrong
Andrew Roman Perrong, Esq.
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

## CERTIFICATE OF CONFERENCE

The parties certify that they have discussed and agreed to the Stipulation as stated herein on or before August 6, 2024, and that the terms of the Stipulation are agreed. Counsel for both parties have signed this Stipulation.

/s/ Jesse Buttery

Counsel for Defendant

CERTIFICATE OF SERVICE

I certify that I served the foregoing document on all counsel of record via the Court's CM/ECF system on August 7, 2024.

<u>/s/ Jesse Buttery</u>

Counsel for Defendant