IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Kelly Pinn,**  **Plaintiff,**  v.  **Better Tax Relief, LLC**  **Defendant.** | Case No. 4:24-cv-00488-P |

**ORDER GRANTING STIPULATION TO STAY SUIT**

    The Plaintiff and Defendant in this matter have reached a Stipulation regarding an agreement to stay suit in this matter. The Parties have agreed to stay this matter pending the outcome of settlement discussions and/or the results of a pending consolidation of cases in the Western District of Texas as referenced in Docket Entry 7.

    It is ORDERED that the case will be stayed until reinstated by agreement of the parties and an agreed stipulation or motion to reinstate the case, or further order of the Court. Should the matter be reinstated by agreement or further order of the Court, the Defendant shall have the right to answer or otherwise respond to the Petition of the Plaintiff 20 days after the case is reinstated on the docket of the court.

    IT IS SO ORDERED.

_____

UNITED STATES DISTRICT JUDGE