UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Kelly Pinn
*Plaintiff*

v.                                    Case No. 4:24-cv-00488-P

Better Tax Relief LLC
*Defendant*

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

CHRISTOPHER BRANDON HENRY, with offices at

PARKER POE ADAMS & BERNSTEIN LLP, 620 S. Tryon Street, Suite 800
(Street Address)

Charlotte                         NC                    28202
(City)                           (State)              (Zip Code)

704-335-9527
(Telephone No.)                  (Fax No.)

II. Applicant will sign all filings with the name Christopher B. Henry.

III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Better Tax Relief, LLC

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of

_____NORTH CAROLINA BAR_____, where Applicant regularly practices law.

Bar license number: 55995        Admission date: 05/15/2020

| For Court Use Only. |
| Bar Status Verified: |

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| State Bar of South Carolina | 01/07/2020 | ACTIVE |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Jesse Buttery                                                                                                    , who has offices at

5050 Quorum Drive, Ste. 700
(Street Address)

Dallas                                          TX                        75254
(City)                                          (State)                   (Zip Code)

214-307-2840                                    972-677-7570
(Telephone No.)                                 (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   15th   day of November            , 2024   .

Christopher B. Henry
Printed Name of Applicant

*/s/ Christopher B. Henry/*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, do hereby certify that on May 15, 2020, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## Christopher Brandon Henry

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this November 13, 2024.

Grant E. Buckner
Clerk of the Supreme Court
of the State of North Carolina