UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KELLY PINN,**

   **Plaintiff,**

v.                                        No. 4:24-cv-00488-P

**BETTER TAX RELIEF, LLC,**

   **Defendant.**

## ORDER APPOINTING NEW MEDIATOR

   On September 24, 2024, the Court entered a Scheduling Order in the above styled and numbered case. In that Scheduling Order the Court appointed Judge David Keltner as mediator. The Court received a communication from Judge Keltner indicating that he has a conflict and requesting that the Court remove him as the mediator in this matter. The Court, finding such request to be appropriate, hereby **ORDERS** that Judge Keltner be removed as the mediator in this matter. It is further **ORDERED** that John Brookman be appointed as mediator.

**SO ORDERED** on this the **18th day of November 2024.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE