UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KELLY PINN,**

   **Plaintiff,**

v.                                          **No. 4:24-cv-00488-P**

**BETTER TAX RELIEF, LLC,**

   **Defendant.**

### ORDER

    Before the Court is the Parties' Joint Motion to Extend Time (ECF No. 20). The Parties request that the Court vacate its current scheduling order and extend the deadlines four months because "minimal fact discovery has occurred due to prior stays in the litigation as a result of Defendant's efforts to consolidate this case with other pending TCPA actions in a multi-district litigation." ECF No. 20 at 1. A review of the docket reveals that on August 7, 2024, the Parties moved for a stay of this case pending the resolution of their multi-district litigation motion. ECF No. 8. Thereafter, the Court struck the Motion as improper and ordered that this case remain "***open and active***." ECF No. 10 (emphasis added). The Court is troubled to learn that the Parties now seek a new scheduling order because they seemingly ignored this order. Consequently, the Motion is **DENIED**.

    **SO ORDERED** on this the **22nd day of November 2024.**

*[signature: Mark T. Pittman]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE