# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Kelly Pinn,<br><br>   Plaintiff,<br><br>v.<br><br>Better Tax Relief, LLC<br><br>   Defendant. | Case No. 4:24-cv-00488-P |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kelly Pinn and Defendant Better Tax Relief, LLC hereby stipulate to a dismissal, with prejudice, of this action. Each party will bear its own costs and fees.


Submitted for the Plaintiff,

*/s/ Anthony Paronich*
Anthony Paronich, *Admitted pro hac vice*
PARONICH LAW PC
350 Lincoln Street, Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com

Submitted for the Defendant,

s/ Chris Henry
Chris Henry, *Admitted Pro Hac Vice*
Parker Poe Adams & Bernstein LLP
620 S. Tryon St., Suite 800
Charlotte, NC 28202
(704) 335-9527
chrishenry@parkerpoe.com

Jesse Buttery
Silberman Law Firm, PLLC
Texas Bar No. 24025275
Email: jbuttery@silblaw.com
5050 Quorum Dr. Ste. 700
Dallas, TX 75254
Tel. (214) 307-2840
Fax. (469) 283-1787